IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BETTY PLANTE,

     Plaintiff,                    No. CIV S-10-1121 KJM

     vs.

RIVERSOURCE LIFE INS. CO.,

     Defendant.                 <u>ORDER</u>

_____/

        A status conference was held in this matter on September 15, 2010 before the undersigned. Allen Kassan appeared telephonically for plaintiff. Leslie Crary appeared telephonically for defendant. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial written discovery and any request for an independent medical examination shall be made by October 15, 2010.

        2. Mediation shall be completed no later than February 28, 2011.

        3. Nonexpert discovery, including the hearing of discovery motions, shall be completed by May 18, 2011. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

1    4. Expert disclosures shall be made no later than May 13, 2011; rebuttal
2 disclosures shall be made no later than June 13, 2011.  Hearing of discovery motions pertaining
3 to experts shall be completed by July 20, 2011.  Expert discovery motions, if needed, shall be
4 filed in accordance with Local Rule 37-251.
5    5.  Dispositive motions, other than discovery motions, shall be noticed to be
6 heard by September 14, 2011.
7    6. The pretrial conference is set for November 9, 2011 at 11:00 a.m. before the
8 undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.
9    7. Trial of this matter is set for January 9, 2012 at 10:00 a.m. before the
10 undersigned.  The parties shall file trial briefs in accordance with  Local Rule 16-285.
11 DATED:  September 21, 2010.

_____
U.S. MAGISTRATE JUDGE

006
plante.oas

2