ALAN E. KASSAN  (SBN 113864)
akassan@kantorlaw.net
BRENT D. BREHM  (SBN 248983)
bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff
BETTY PLANTE

LAURA LEIGH GEIST  (SBN: 180826)
lgeist@gordonrees.com
JORDAN S. ALTURA  (SBN: 209431)
jaltura@gordonrees.com
LESLIE CRARY (SBN:  148260)
lcrary@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
RIVERSOURCE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY PLANTE,<br><br>            Plaintiff,<br><br>    vs.<br><br>RIVERSOURCE LIFE INSURANCE COMPANY f/n/a IDS LIFE INSURANCE COMPANY,<br><br>            Defendants. | CASE NO. 2:10-CV-1121 KJM<br><br>**STIPULATION RE AND AMENDED PRETRIAL PREPARATION ORDER**<br>**(L.R. 240[B] AND 271[D][2])**<br><br>Complaint Filed:    May 18, 2010 |

# STIPULATION

On September 22, 2010, this Court issued an Order setting certain pre-trial deadlines including a deadline for completion of mediation (February 28, 2011) and a deadline for service of initial written discovery and any request for an independent medical examination of plaintiff (October 15, 2010).

The parties, through their respective counsel, have been meeting and conferring regarding strategies related to obtaining additional medical evidence pertaining to plaintiff's condition. The parties are still in the process of conferring as to whether an alternative approach is agreeable and feasible, and have thus agreed to postpone the deadline set forth in this Court's September 22, 2010 Order from October 15, 2010 to October 29, 2010, if the Court will permit. This brief extension stands to preserve the parties' respective resources and to allow them to pursue a potentially more cost and time-effective approach to reaching an informal resolution of this matter.

Accordingly,

IT IS HEREBY STIPULATED, AGREED AND REQUESTED THAT:

The Court's September 22, 2010 Order be modified as follows:

**The deadline for serving pre-mediation initial written discovery and any request for an independent medical examination shall be extended from October 15, 2010 to October 29, 2010.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: October 14, 2010          KANTOR & KANTOR, LLP


By : /s/_____
    ALAN E. KASSAN
ATTORNEYS FOR PLAINTIFF
BETTY PLANTE

Dated: October 14, 2010          GORDON & REES LLP


By: /s/_____
    LESLIE CRARY
Attorneys For Defendant
RIVERSOURCE LIFE INSURANCE COMPANY

    I, LESLIE K. CRARY, hereby attest that ALAN E. KASSAN, counsel for plaintiff, concurs in the filing of this Statement.

DATED: October 14, 2010          By: __/s/_____
    LESLIE K. CRARY

## **ORDER**

    IT IS HEREBY ORDERED that the deadline for serving pre-mediation initial written discovery and any request for an independent medical examination shall be extended from October 15, 2010 to October 29, 2010.

DATED: October 18, 2010

_____
U.S. MAGISTRATE JUDGE